IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY SPENCER | * |
|     Plaintiff | * |
| v. | * |
| | *   CA-3:05-CV-1161-H |
| PAM SCHAEFER, ET AL. | * |
| | * |
|     Defendants | * |

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed September 8, 2005, and Plaintiff's Objections thereto, filed September 12, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge; and Plaintiff's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Plaintiff's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: September ___13___, 2005.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS